1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

2  Name: __Lewis__   __Thomas__   __M__
        (Last)        (First)     (Middle Initial)

3

4  Prisoner Number: __AW6450__

5  Institutional Address: __Salinas Valley state prison__

6  __P.O. Box 1050, Soledad, CA 93960__

FILED
Sep 09 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

__Thomas Marvin Lewis JR__ )
(Enter your full name.)         )
                                )
         vs.                    )   Case No. 4:22-cv-5123 KAW
__SGT. Howard__                 )   (Provided by the clerk upon filing)
                                )
__Capt. Brown__                 )   COMPLAINT UNDER THE
                                )   CIVIL RIGHTS ACT,
__Warden T. Allen__             )   42 U.S.C. § 1983
(Enter the full name(s) of the defendant(s) in this action.) )
                                )

I. **Exhaustion of Administrative Remedies.**

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A.   Place of present confinement __Salinas Valley state prison__

B.   Is there a grievance procedure in this institution?   YES ☑   NO ☐

C.   If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☑   NO ☐

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

    1. Informal appeal: __000000 93511, This 602 was granted__

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2. First formal level: There was no first formal level response or actions.

3. Second formal level: There was no second level response or actions.

4. Third formal level: There was no third level response or actions.

E. Is the last level to which you appealed the highest level of appeal available to you?
   YES ☑   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

Thomas Lewis #AW6450    Salinas Valley state prison
                       P.O. Box 1050
                       Soledad, CA 93960

B. For each defendant, provide full name, official position and place of employment.

V. Freeman      C/O         Salinas Valley state prison
E. Torres       C/O         Salinas Valley state prison
SGT. Howard,    Sergeant    Salinas Valley state prison
Capt. Brown,    Captain     Salinas Valley state prison
Trent Allen,    Warden      Salinas Valley state prison

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

For the past 19 months I have been living without Electricity or any kind of power source in my cell. My cell hasn't had any power since the day I first stepped foot inside my cell. This is torture and is in violation of my 8th Amendment and my 14th Amendment. My claim is this is Deliberate Indifference, my conditions of confinement are in inhumane living conditions and is cruel and unusual punishment. I have submitted 602 after 602, I also have had multiple correctional officers submit work order after work order. My first 602 that I submitted on 2/26/21 was granted on 3/5/21 and until this day my Electricity is still off.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I would like to be compensated in the amount of $200,000 for my pain and suffering, and for being neglected and treated Bad and poorly. This whole thing is Unacceptable and has become pure negligence in the extreme and failing to meet my Due process to be treated fair and equal.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 6/6/22

Date                    Signature of Plaintiff

MAR 0 1 2021

**STATE OF CALIFORNIA**  
**INMATE/PAROLEE APPEAL**  
CDCR 602 (Rev. 03/12)

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink

Name (Last, First): **LEWIS, THOMAS**  
CDC Number: **AW6450**  
Unit/Cell Number: **C4/121**  
Assignment: —

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

**NO POWER, NO ELECTRICITY**

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): **I'VE BEEN PUTTING IN WORK ORDER AFTER WORK ORDER TO GET MY POWER WORKING BUT NOTHING OR NO ONE SEEM TO CARE, CAN I PLEASE GET SOME ASSISTANCE THANK YOU**

B. Action requested (If you need more space, use Section B of the CDCR 602-A):

Supporting Documents: Refer to CCR 3084.3.  
☐ Yes, I have attached supporting documents.  
List supporting documents attached (e.g., CDC 1083 Inmate Property Inventory, CDC 128-G, Classification Chrono):

☐ No, I have not attached any supporting documents. Reason:

**REC BY OOA**
**NOV 0 3 2021**

Inmate/Parolee Signature: [signed]   Date Submitted: **2-26-21**

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**   Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No  
This appeal has been:  
☐ Bypassed at the First Level of Review. Go to Section E.  
☐ Rejected (See attached letter for Instruction) Date: ___ Date: ___ Date: ___ Date: ___  
☐ Cancelled (See attached letter) Date: ___  
☐ Accepted at the First Level of Review.

Assigned to: ___   Title: ___   Date Assigned: ___   Date Due: ___

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ___   Interview Location: ___

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: ___  
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ___ (First Name)   Title: ___   Signature: ___   Date completed: ___  
Reviewer: ___ (Print Name)   Title: ___   Signature: ___  
Date received by AC: ___

AC Use Only  
Date mailed/delivered to appellant ___/___/___

EXHIBIT 1
1 OF 2

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A

Inmate/Parolee Signature: _____     Date Submitted: _____

**E. Second Level - Staff Use Only**                                            Staff -- Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____      Interview Location: _____

Your appeal issue is:  ☐ Granted    ☐ Granted in Part    ☐ Denied    ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ (Print Name)  Title: _____  Signature: _____  Date completed: _____

Reviewer: _____ (Print Name)  Title: _____  Signature: _____

Date received by AC: _____

**AC Use Only**
Date mailed/delivered to appellant ___/___/___

F. If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: _____     Date Submitted: _____

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
   See attached Third Level response.

**Third Level Use Only**
Date mailed/delivered to appellant ___/___/___

H. Request to Withdraw Appeal: I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: _____     Date: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA  
**INMATE/PAROLEE APPEAL**  
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| 93511 | | **FOR STAFF USE ONLY** | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Lewis Thomas | CDC Number: AW6450 | Unit/Cell Number: C4 121 | Assignment: Education |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): I have been without power in my cell for 12 months. Living in a inhumane living condition.

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): My cell hasn't had any power for 12 months and this is past unacceptable. This is inhumane and cruel and unusual punishment. I have put in 602 after 602, I have had multiple C/Os

B. Action requested (If you need more space, use Section B of the CDCR 602-A): I would like to be compensated for my power being off for the last 12 months. I would also like for my power to be fixed once and for all. I am asking to be compensated

Supporting Documents: Refer to CCR 3084.3.  
☒ Yes, I have attached supporting documents.  
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):  
The supporting document is my previous 602 that was granted.

☐ No, I have not attached any supporting documents. Reason:

Inmate/Parolee Signature: _____ Date Submitted: 10/28/21

**REC BY OOA**  
**NOV 03 2021**

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**  Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No  
This appeal has been:  
☐ Bypassed at the First Level of Review. Go to Section E.  
☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____  
☐ Cancelled (See attached letter) Date: _____  
☐ Accepted at the First Level of Review.  
Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.  
Date of Interview: _____ Interview Location: _____  
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____  
See attached letter. If dissatisfied with First Level response, complete Section D.  
Interviewer: _____ Title: _____ Signature: _____ Date completed: _____  
(Print Name)  
Reviewer: _____ Title: _____ Signature: _____  
(Print Name)  
Date received by AC: _____

AC Use Only  
Date mailed/delivered to appellant ___/___/___

EXIBIT 2  
1 of 2

**STATE OF CALIFORNIA**
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Lewis, Thomas | AW6450 | C4 121 | Education |

**A. Continuation of CDCR 602, Section A only (Explain your Issue):** Submit work order after work order. One of my past 602's was actually granted and my power is still out to this day. My supporting document that is attached to this 602 is my previous 602 that was granted and approved and the Log number is 000000093511

Inmate/Parolee Signature: _____ Date Submitted: 10/28/21

REC BY OOA
NOV 0 3 2021

**B. Continuation of CDCR 602, Section B only (Action requested):** In the amount of $30,000 for my pain and suffering, and for being neglected and treated Bad and poorly. In results of my past failed attempts of getting my power turned on, I wanna fast track this and go straight to the Third level because this is past the breaking point and has become pure negligence and failing to meet my Due process to be treated "fair and equal."

Inmate/Parolee Signature: _____ Date Submitted: 10/28/21

EXIBIT 2
2 OF 2

| STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS AND REHABILITATION |
|---|---|
| **INMATE/PAROLEE APPEAL** | |
| CDCR 602 (REV. 03/12) | Side 2 |

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date Submitted: _____

**E. Second Level - Staff Use Only**   Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:
- ☐ By-passed at Second Level of Review. Go to Section G.
- ☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
- ☐ Cancelled (See attached letter)
- ☐ Accepted at the Second Level of Review

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ (Print Name)   Title: _____   Signature: _____   Date completed: _____

Reviewer: _____ (Print Name)   Title: _____   Signature: _____

Date received by AC: _____

**AC Use Only**
Date mailed/delivered to appellant ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date Submitted: _____

**G. Third Level - Staff Use Only**

This appeal has been:
- ☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
- ☐ Cancelled (See attached letter) Date: _____
- ☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
  See attached Third Level response.

**Third Level Use Only**
Date mailed/delivered to appellant ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____

Inmate/Parolee Signature: _____   Date: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

EXHIBIT 1
2 OF 2


**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

# OOA ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF APPEAL

**Offender Name:** LEWIS, THOMAS M.   **Date:** 12/15/2021

**CDC#:** AW6450

**Current Location:** SVSP-Facility C

**Current Area/Bed:** C 004 1121001U

**From:** Office of Appeals

**Re:** Log # 000000093511

The California Department of Corrections and Rehabilitation, Office of Appeals received your appeal on 11/03/2021. Your appeal is being handled as specified below.

**Claim # 001:**

Your claim concerning Facilities;Adequacy of Environment is rejected by Office of Appeals for the reason(s) indicated below.

You did not submit the claim within the timeframe required by California Code of Regulations, title 15. The date you received a claim decision response from the Department was 03/09/2021; the date you submitted this claim was 10/28/2021. You should have submitted your claim on or before 04/08/2021 to meet the 30 calendar day requirement set forth in the regulations.

This serves as your response by the Office of Appeals.

Do not resubmit this claim to the Office of Appeals.

CDCR SOMS OGTT305
OOA ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF APPEAL

EXHIBIT 3
1 of 1

CDCR
cases granted




Sargent          Sergeant
sargeant         Sergent



**CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation**

## CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

| | |
|---|---|
| **Offender Name:** LEWIS, THOMAS MARVIN | **Date:** 03/09/2021 |
| **CDC#:** AW6450 | |
| **Current Location:** SVSP-Facility C | **Current Area/Bed:** C  004 1 - 121001U |

**Log #:** 000000093511

**Claim #: 001**

**Institution/Parole Region of Origin:** Salinas Valley State Prison    **Facility/Parole District of Origin:** SVSP-Facility C
**Housing Area/Parole Unit of Origin:**
**Category:** Facilities    **Sub-Category:** Adequacy of Environment

### I. CLAIM

The appellant claims to have put in work order after work order to get power working and would like it fixed.

### II. RULES AND REFERENCES

**A. CONTROLLING AUTHORITY**

Title 15, Section 3060- Means
The Department Operations Manual.

**B. DOCUMENTS CONSIDERED**

CDCR 602 #93511
SVSP Plant Operations Work Request Log
Work Order #C-1297-21

### III. REASONING AND DECISION

No previous Work Order was submitted on behalf of the appellant.

Work Order #C-1297-21 was submitted on March 02, 2021.

### IV. REMEDY

No previous Work Order was submitted on behalf of the appellant.

Work Order #C-1297-21 was submitted on March 02, 2021.

**Decision: Approved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to APPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

EXIBIT 4
1 of 1

If more than 30 calendar days have passed since the decision was sent to you, and your remedy has not been implemented, you may file a CDCR Form 602-3, Request to Implement Remedies Form. You must wait until after the 30th day has passed to submit this request.

| Staff Signature | Title | Date/Time |
|---|---|---|
| E. Borla [BOED005] | CDW (A) | 03/08/2021 |

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, **Thomas Lewis JR**, declare:

I am over 18 years of age and a party to this action. I am a resident of **Salinas Valley State** Prison, in the county of **Monterey**, State of California. My prison address is: **P.O. Box 1050, Soledad, CA 93960**.

On **June 6, 2022** (DATE)

I served the attached: **Civil Rights Complaint By A Prisoner under 42 U.S.C 1983** (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **6/6/22** (DATE)   _____ (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1